**326 ASSOCIATES, L.P., a Delaware limited partnership, Plaintiff-Below, Appellant,**

v.

**PROGRESSIVE SERVICES, INC., Defendant-Below, Appellee.**

No. 211, 2016

Supreme Court of Delaware.

Submitted: October 19, 2016

Decided: November 2, 2016

Court Below: Superior Court of the State of Delaware, C.A. No.: N15C-09-228

AFFIRMED.

**Isaac P. LECOMPTE, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 188, 2016

Supreme Court of Delaware.

Submitted: November 2, 2016

Decided: November 2, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1407012891

AFFIRMED.

**Paris BOYER, Defendant Below-Appellant,**

v.

**STATE of Delaware, Plaintiff Below-Appellee.**

No. 170, 2016

Supreme Court of Delaware.

Submitted: October 25, 2016

Decided: November 2, 2016

Corrected: November 29, 2016

Court Below: Superior Court of the State of Delaware, ID Nos. 1508023150; 1409003291A; 1409003291C

**AFFIRMED.**